UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BONITA ROSA,

                    Plaintiff,

vs.                                      Case No.  2:05-cv-481-FtM-29SPC

CITY OF FORT MYERS; FORT MYERS
POLICE DEPARTMENT; DAVID MILLHORN;
CHRISTOPHER REIMAN,

                    Defendants.
_____

**ORDER**

_____This matter comes before the Court on defendants David Millhorn and Christopher Reiman's Motion to Strike Punitive Damages Claim in Plaintiff's Complaint (Doc. #23), filed on November 14, 2005.  No response has been filed and the time to do so has now expired.

Defendants seek to strike the punitive damages request contained in the Complaint (Doc. #1) because punitive damages cannot be recovered against police officers sued in their official capacity.  The Complaint seeks punitive damages against the individually named officers (Doc. #1, ¶ 40, p. 12), however, the Complaint does not clearly state whether the individual officers are sued in their individual or official capacities.  It is well settled that an official capacity suit is essentially a suit against the entity, and is redundant where the entity or its representative is a party to the suit.  <u>Cooper v. Dillon</u>, 403 F.3d

1208, 1221 n. 8 (11th Cir. 2005); <u>Busby v. City of Orlando</u>, 931 F.2d 764, 776 (11th Cir. 1991).

To the extent that the individual officers are sued in their official capacities, the motion is due to be granted because individuals sued in their official capacities are immune from punitive damage claims much like municipalities. <u>Colvin v. McDougall</u>, 62 F.3d 1316, 1319 (11th Cir. 1995). To the extent that the officers are sued in their individual capacities, the punitive damages claim would remain.

Accordingly, it is now

**ORDERED:**

Defendants' Motion to Strike Punitive Damages Claim in Plaintiff's Complaint (Doc. #23) is **GRANTED** to the extent that punitive damages are sought against Officers Millhorn and Reiman in their official capacities.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of December, 2005.


_John E. Steele_
JOHN E. STEELE
United States District Judge


Copies:
Counsel of record